IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> V.                                         ) <br> ) <br> JERRY BAPTISTE,                ) <br>         Defendant.            ) | CRIM. CASE NO.: <br> 1:20-CR-296-JPB-CMS |

ORDER

Having reviewed DEFENDANT'S *unopposed motion to continue the pretrial conference and motions deadline,* and finding good cause thereon, the Court hereby GRANTS the motion. Defendant shall have until August 12, 2024 to file pretrial motions, and the pretrial conference is rescheduled to August 13, 2024, at 11:30 a.m. in courtroom 1810.

The delay between the current and rescheduled pretrial conference shall be excluded from Speedy Trial Act calculations, because the delay has good cause and is in the interests of justice, while outweighing the public and defendant's rights to a speedy trial. 18 U.S.C. §3161, *et seq.*

SO ORDERED THIS 8th DAY OF JULY, 2024.

*/s/ Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE